# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

VICKIE ANN CARTER

**JUDGMENT IN A CIVIL CASE**

v.

LOWE'S COMPANIES, INC.,
et al.   .   CASE NUMBER:   06-1147-T/An

**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on August 10, 2007, this case is hereby DISMISSED pursuant to Plaintiff's Motion for Voluntary Dismissal.

APPROVED:

                                    s/James D. Todd
                                    JAMES D. TODD
                                    UNITED STATES DISTRICT JUDGE




                                    THOMAS M. GOULD
                                    CLERK


                            BY:   s/Emily J. Strope
                                    DEPUTY CLERK